

**ORDERED in the Southern District of Florida on June 5, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: PABLO DE JESUS FERNANDEZ,          Case No.: 14-20718-LMI
        Debtor.          /          Chapter 13

### ORDER SUSTAINING OBJECTION TO CLAIM 5-1

THIS CAUSE, having come before the court at 9:00 a.m. on the 2nd day of June 2015 upon Debtor's *Objection to Claim* (ECF 96; the "Objection"), and this court, having considered the bases for the objection to claim, there being no objections, and for the reasons expressed on the record, it is

**ORDERED** that

1. Debtor's Objection to Claim number 5-1 filed by Wells Fargo Bank, N.A. is SUSTAINED; and
2. The claim is stricken and shall receive no further distribution from the chapter 13 Trustee as it is being treated, outside of the plan.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F)

LF-25 (rev. 12/01/09)